## Ralph Briggs, Appellee, v. Catholic Bishop of Chicago, Appellant.

### Gen. No. 43,456.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Burt A. Crowe, for appellant; H. H. Patterson, for appellee; Edmund C. Maurer, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.